UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SK SHIPPING CO. LTD.,

       Plaintiff,

 - against -

WINSWAY INTERNATIONAL PETROLEUM
& CHEMICALS LTD.,

       Defendant.
------------------------------------------------------------------X

07 CIV. 9344

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

      NONE.

Dated: October 17, 2007
   New York, NY

         The Plaintiff,
         SK SHIPPING CO. LTD.

         By: _____
         Kevin J. Lennon
         Charles E. Murphy
         LENNON, MURPHY & LENNON, LLC
         The Gray Bar Building
         420 Lexington Avenue, Suite 300
         New York, NY 10170
         (212) 490-6050 - phone
         (212) 490-6070 - fax
         kjl@lenmur.com
         cem@lenmur.com