UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SK SHIPPING CO. LTD.,

               Plaintiff,

  - against -

WINSWAY INTERNATIONAL PETROLEUM
& CHEMICALS LTD.,

               Defendant.
----------------------------------------------------------------X

07 CV 9344 (CM)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment.

Dated: November 8, 2007
       New York, NY

                                         The Plaintiff,

                                         By: _____
                                         Kevin J. Lennon
                                         Lennon, Murphy & Lennon, LLC
                                         The GrayBar Building
                                         420 Lexington Ave., Suite 300
                                         New York, NY 10170
                                         (212) 490-6050 – phone
                                         (212) 490-6070 – facsimile

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07